Maria Z. Stearns (State Bar No. 230649)
mstearns@rutan.com
K. Bartlett Jordan (State Bar No. 329893)
bjordan@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, CA 92612
Telephone: 714-641-5100
Facsimile: 714-546-9035

Christine A. Amalfe (*admitted pro hac vice*)
camalfe@gibbonslaw.com
Bria S. Beaufort (*admitted pro hac vice*)
bbeaufort@gibbonslaw.com
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102-5310
Telephone: 973-596-4500
Facsimile: 973-639-6335

Attorneys for Defendants
GALAXE.SOLUTIONS, LLC, formerly known as GALAXE.SOLUTIONS, INC., and erroneously sued as GALAXE SOLUTIONS INC, BRETT KERBEL, and ORLINDA D'SOUZA

[*Additional counsel listed on next page*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLAKUNLE OLA,<br><br>    Plaintiff,<br><br>vs.<br><br>GALAXE SOLUTIONS INC a Delaware corporation, BRETT KERBEL an individual, and ORLINDA D'SOUZA an individual,<br><br>    Defendants. | Case No. 8:24-cv-00345-JWH-DFM<br><br>HON. JOHN W. HOLCOMB, COURTROOM 9D<br><br>**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE (L.R. 40-2) AND REQUEST FOR CONTINUANCE OF TRIAL, ALL RELATED DEADLINES, AND UPCOMING HEARINGS**<br><br>Date Action Filed: February 20, 2024<br>Discovery Cutoff: March 7, 2025<br>Pretrial Conference: June 27, 2025<br>Trial Date: July 14, 2025 |

1  Olakunle Ola
   kunleola@gmail.com
2  4521 Campus Drive, #562
   Irvine, CA 92612
3  Telephone: 214-585-9730

4  Plaintiff in Pro Per

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL**:

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 40-2, Defendants GalaxE.Solutions, LLC, Brett Kerbel, and Orlinda D'Souza (collectively, "Defendants") and Plaintiff Olakunle Ola ("Plaintiff," and, together with Defendants, the "Parties") hereby notify the Court that they have reached a confidential settlement in principle that will fully resolve this action. The Parties are working to document the settlement and, pending finalization, respectfully request that the Court continue the trial, all trial-related deadlines, and all currently scheduled hearings and motion deadlines by approximately 90 days, as proposed below.

The Parties anticipate that they will file a joint stipulation of dismissal of this action within forty-five (45) days, which accounts for the time needed to finalize and effectuate the settlement terms. The requested 90-day continuance will allow the Parties to focus on finalizing and effectuating the settlement without the need to continue motion practice, discovery efforts, and trial preparation, which will conserve the resources of the Parties and this Court.

The Parties respectfully request that the upcoming trial, trial-related deadlines, hearings, and discovery deadlines be continued as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Expert Disclosure (rebuttal) (Dkt. 49) | Friday, February 21, 2025 | Friday, May 23, 2025 |
| Deadline for Plaintiff to File Reply in Support of His Motion to Extend Discovery Deadlines (Dkt. 69) | Friday, February 21, 2025 | Friday, May 23, 2025 |
| Deadline for Plaintiff to Provide Further | Monday, February 24, 2025 | Monday, May 26, 2025 |

| | | |
|---|---|---|
| Responses (Dkt. 82) | | |
| Deadline to file a Third Amended Complaint (Dkt. 89) | Friday, March 7, 2025, at 9:00 a.m. | Friday, June 6, 2025, at 9:00 a.m. |
| Hearing re Plaintiff's Motion to Extend Discovery Deadlines (Dkt. 69) | Friday, March 7, 2025 | Friday, June 6, 2025 |
| Discovery cutoff (Dkt. 49) | Friday, March 7, 2025 | Friday, June 6, 2025 |
| Deadline to respond to Third Amended Complaint (Dkt. 89) | Friday, March 28, 2025 | Friday, June 27, 2025 |
| Last Day to Hear Dispositive Motions (Dkt. 49) | Friday, May 16, 2025, at 9:00 a.m. | Friday, August 15, 2025, at 9:00 a.m. |
| Hearing on Motions *in Limine* (Dkt. 49) | Friday, June 20, 2025, at 9:00 a.m. | Friday, September 19, 2025, at 9:00 a.m. |
| Final pretrial conference (Dkt. 49) | Friday, June 27, 2025 | Friday, September 26, 2025 |
| Trial (4 days) (Dkt. 49) | Monday, July 14, 2025 | Monday, October 13, 2025 |

//
//
//
//
//

| | | |
|---|---|---|
| 1 | Dated: February 19, 2025 | RUTAN & TUCKER, LLP |
| 2 | | MARIA Z. STEARNS |
| | | K. BARTLETT JORDAN |
| 3 | | |
| | | By:   */s/ K. Bartlett Jordan* |
| 4 | | K. Bartlett Jordan |
| | | Attorneys for Defendants |
| 5 | | GALAXE.SOLUTIONS, LLC., |
| | | BRETT KERBEL, and ORLINDA |
| 6 | | D'SOUZA |
| 7 | Dated: February 19, 2025 | OLAKUNLE OLA |
| 8 | | |
| | | By:   */s/ Olakunle Ola* |
| 9 | | Olakunle Ola |
| | | Plaintiff Pro Se |

# **ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, K. Bartlett Jordan, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 19, 2025

RUTAN & TUCKER, LLP
MARIA Z. STEARNS
K. BARTLETT JORDAN

By: */s/ K. Bartlett Jordan*
K. Bartlett Jordan
Attorneys for Defendants
GALAXE.SOLUTIONS, LLC.,
BRETT KERBEL, and ORLINDA D'SOUZA