For Maria Z. Stearns (State Bar No. 230649)
mstearns@rutan.com
K. Bartlett Jordan (State Bar No. 329893)
bjordan@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, CA  92612
Telephone:   714-641-5100
Facsimile:    714-546-9035

Christine A. Amalfe (*admitted pro hac vice*)
camalfe@gibbonslaw.com
Bria S. Beaufort  (*admitted pro hac vice*)
bbeaufort@gibbonslaw.com
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102-5310
Telephone: 973-596-4500
Facsimile: 973-639-6335

Attorneys for Defendants
GALAXE.SOLUTIONS, LLC, formerly known as
GALAXE.SOLUTIONS, INC., and erroneously
sued as GALAXE SOLUTIONS INC, BRETT
KERBEL, and ORLINDA D'SOUZA

*[Additional counsel listed on next page]*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLAKUNLE OLA,<br><br>             Plaintiff,<br><br>      vs.<br><br>GALAXE SOLUTIONS INC a<br>Delaware corporation, BRETT KERBEL<br>an individual, and ORLINDA D'SOUZA<br>an individual,<br><br>             Defendants. | Case No. 8:24-cv-00345-JWH-DFM<br><br>HON. JOHN W. HOLCOMB, COURTROOM 9D<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Date Action Filed:   February 20, 2024<br>Trial Date:            None set |

1  Olakunle Ola
   kunleola@gmail.com
2  4521 Campus Drive, #562
   Irvine, CA 92612
3  Telephone:   214-585-9730

4  Plaintiff in Pro Per

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 **TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL**:

2       **PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure

3 41(a)(2) and the Court's February 20, 2025 Scheduling Notice and Order, Defendants

4 GalaxE.Solutions, LLC, Brett Kerbel, and Orlinda D'Souza (collectively,

5 "Defendants") and Plaintiff Olakunle Ola ("Plaintiff," and, together with Defendants,

6 the "Parties") hereby stipulate to the dismissal of this action, with prejudice, and

7 respectfully request that the Court enter an order reflecting same.

8       The Parties have reached a confidential settlement that fully resolves this

9 action, as the Parties previously informed the Court on February 19, 2025. Dkt. 91.

10 The Parties' confidential settlement has been finalized and effectuated, and all that

11 remains is for this action to be dismissed, with prejudice.

12       **IT IS SO STIPULATED**.

13

14 Dated: March 14, 2025               RUTAN & TUCKER, LLP
MARIA Z. STEARNS

15                                   K. BARTLETT JORDAN

16                                   By: */s/ K. Bartlett Jordan*

17                                     K. Bartlett Jordan
Attorneys for Defendants

18                                     GALAXE.SOLUTIONS, LLC.,
BRETT KERBEL, and ORLINDA

19                                     D'SOUZA

20 Dated: March 14, 2025               OLAKUNLE OLA

21

22                                 By: */s/ per email authorization*

23                                     Olakunle Ola
Plaintiff Pro Se

24

25

26

27

28

1

## <u>ATTESTATION</u>

2      Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, K. Bartlett Jordan, hereby attest

3  that all other signatories listed, and on whose behalf the filing is submitted, concur in

4  the filing's content and have authorized the filing.

5

6  Dated: March 14, 2025                        RUTAN & TUCKER, LLP
                                                MARIA Z. STEARNS
7                                               K. BARTLETT JORDAN

8                                               By: */s/ K. Bartlett Jordan*
9                                                   K. Bartlett Jordan
                                                    Attorneys for Defendants
10                                                  GALAXE.SOLUTIONS, LLC.,
                                                    BRETT KERBEL, and ORLINDA
11                                                  D'SOUZA

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28